# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Zoe Kaplan, Jack Flom, and Samira, Hassan, *on behalf of themselves and other similarly situated individuals*,<br><br>      Plaintiffs,<br><br>      v.<br><br>Minnesota Department of Public Safety, Commissioner John Harrington, *in his individual and official capacity*; Minnesota Department of Natural Resources Commissioner Sarah Strommen, *in her individual and official capacity*; Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; Hennepin County Sheriff David Hutchinson, *in his individual and official capacity*; John Does 1-10, *in their individual and official capacities*;<br><br>      Defendants. | Ct. No. 22-cv-00640 (JRT/JFD)<br><br>**HENNEPIN COUNTY SHERIFF DAVID HUTCHINSON'S MOTION TO DISMISS** |

PLEASE TAKE NOTICE that Defendant Hennepin County Sheriff David Hutchinson ("Sheriff Hutchinson") moves to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The motion is based on the records and file of this case, including Sheriff Hutchinson's Memorandum of Law in support of this motion and any argument that may be made at a hearing on this motion.

                                MICHAEL O. FREEMAN
                                Hennepin County Attorney

Dated: May 16, 2022        By:  /s/ *Sarah McLaren*
                                    SARAH McLAREN (0345878)
                                    DEVONA L. WELLS (0392052)
                                    Assistant County Attorneys
                                    2000A Government Center, MC200
                                    300 South Sixth Street
                                    Minneapolis, MN 55487
                                    Telephone: (612) 348-5532
                                    FAX No: (612) 348-8299
                                    Sarah.McLaren@hennepin.us
                                    Devona.Wells@hennepin.us

                                    *Attorneys for Defendant Hennepin*
                                    *County Sheriff David Hutchinson*