000001

HC 6377 (05/20-1) (SF)

**HENNEPIN COUNTY SHERIFF'S OFFICE**
**AUTHORITY TO DETAIN**
Adult Detention Center

Accepted By: JE202749
Mpls 915 MC

*Handwritten notes:*
MSP decided not to book / expunged
out 4-14-21 @ 0105

Booking Number: 5244

**Prisoner Information**

LAST: sung
FIRST: carolyn
MIDDLE: kyong
SUFFIX:
DOB: [redacted]
AGE: 35
Pack#:
Manual
SID#:
Gender: [ ] Male [X] Female
Race: [ ] White [ ] Black [ ] Indian [X] Asian [ ] Other
Remarks / Instructions:

Time Stamp

No Date FP
No Date FP

Continued Case or Commitment
Case# 14 D47

Court Date
Bail
Committed To

**Charges**

| Charge Type | Degree | Arresting Officers | Agency | Badge# | Squad# | | Arrest Date |
|---|---|---|---|---|---|---|---|
| PC | C | ANDREW DERUNGS | MSP | 452 | | | |
| PC | C | Arresting CCN: 21503295  Charging CCN: 21503295 | | | | | |

PC Authorized by DERUNGS, ANDREW

Date: 4/13/2021  Arrest Location: humboldt/70th  If Mpls., Precinct #:  City of Arrest: BROOKLYN CENTER

| Charge Type | Degree | Agency | Squad# | Badge# | Charge Description | Statute or Warrant Number | Arrest Date & Time |
|---|---|---|---|---|---|---|---|
| PC | C | MSP | | | RIOT | 609.71 | 04/13/2021 23:00 |
| PC | C | MSP | | | RIOT | 609.71 | 04/13/2021 23:00 |

**Other Holds or Detainers**

| Degree | Type | Agency | Warrant Number | Reason for Continued Detention | Arrest Date |
|---|---|---|---|---|---|

Continued detention is necessary under MRCP 6.01

Did the prisoner cooperate during the arrest process?  [X] Yes  [ ] No
Was the prisoner hog tied?  [ ] Yes  [X] No  [X] To prevent bodily harm to the accused or another.
Were other restraining devices excluding handcuffs used?  [ ] Yes  [X] No  [X] To prevent further criminal conduct.
Was a Taser used during arrest?  [ ] Yes  [X] No  [X] There is a substantial likelihood that the prisoner will fail to respond to a citation.
Did the prisoner refuse the first alcohol test?  [ ] Yes  [X] No
Did your agency seize or retain any of this person's property?  [ ] Yes  [X] No  [X] Prisoner does not possess, or have ready access to adequate resources to post bail/pay a warrant fine.
Interpreter required?  [ ] Yes  [X] No

Note: Do you have any information (e.g., from observed behavior, documentation from other agency/facility, family member/guardian, etc.) that indicates inmate has any mental health issues or is a

**EXHIBIT A**

000002



**HENNEPIN COUNTY ADULT DETENTION CENTER**
**INTAKE – BOOKING**

**36/48 Hour Expiration Advisory**
**Detention Time Limits**
**&**
**RULE 4.03 APPLICATION**
**Determination of Probable Cause to Detain**

### ARRESTEE INFORMATION

| ▲ Last Name ▲ | ▲ First Name ▲ | ▲ Middle Name ▲ | ▲ D.O.B. ▲ |
|---|---|---|---|
| Aung | Carolyn | Kyong | [redacted] |

| ▲ Arrest Date ▲ | ▲ Arrest Time ▲ | ▲ Offense ▲ | ▲ Statute ▲ |
|---|---|---|---|
| 041321 | 2300 | pc riot | 609.71 |

**MRCP 4.03 SUBD.1,** REQUIRES THAT A PERSON MAY NOT BE DETAINED LONGER THAN 48 ACTUAL HOURS FROM THE TIME OF ARREST (INCLUDING DAY OF ARREST, SATURDAY, SUNDAY AND LEGAL HOLIDAYS) UNLESS A FAVORABLE PROBABLE CAUSE ADJUDICATION FOR CONTINUED DETENTION HAS OCCURRED.

**MRCP 4.02, SUBD.5,** REQUIRES THAT A PERSON MAY NOT BE DETAINED LONGER THAN 36 HOURS FROM MIDNIGHT AT THE END OF THE DAY OF THE ARREST (EXCLUDING SUNDAY AND LEGAL HOLIDAYS) OR AS SOON THEREAFTER AS A JUDGE IS AVAILABLE UNLESS A FORMAL COMPLAINT HAS BEEN ISSUED AND A FAVORABLE PROBABLE CAUSE ADJUDICATION HAS OCCURRED.

### 36/48 HOUR TIME LIMITS

Accordingly, the prisoner named above is subject to immediate release upon the earliest expiration of any time limit referenced above absent:

1. Issuance of a formal complaint and a favorable probable cause adjudication in compliance with MRCP 4.02, subd.5;
2. Favorable probable cause adjudication in compliance with MRCP 4.03, subd.1;
3. First court appearance in compliance MRCP 3.02, subd.2 or;
4. Direct notification of the ADC watch commander by the appropriate prosecuting attorney regarding an authorized extension that is received prior to expiration of the original mandatory release time.

| 36 Hour Expiration | Date | 04/15/2021 | Time | 12:00 p.m. (Noon) |
|---|---|---|---|---|
| 48 Hour Expiration | Date | 04/15/2021 | Time | 2300 |

This 36/48-hour advisory represents final notice of the date and time of the expiration times related to the detention of the above named prisoner. The ADC reserves the right to release prisoners upon issuance of a citation prior to the expiration of the 36/48-hour time periods pursuant to MRCP 6.01

### 4.03 – STATEMENT OF PROBABLE CAUSE TO DETAIN – SEE WRITTEN P.C. STATEMENT

#### INVESTIGATOR'S REPORT – PLEASE CHECK APPROPRIATE BOXES

| ☐ Hold | ☐ Release | ☐ Hold Until Interviewed |
|---|---|---|
| Prior Application – ☐ YES ☐ NO | | Place of Detention: |

_____
Signature – Authorized Reviewing Prosecutor, Approves This Application.

### FINDING OF PROBABLE CAUSE AND ORDER FOR CONTINUED DETENTION

☐ From the written materials reviewed, I have determined probable cause exists to detain the above named person. It is hereby ordered that the above named person may be detained subject to the requirements of the Minnesota Rules of Criminal or Juvenile Procedure.

☐ No probable cause exists

| Date | | Time | |
|---|---|---|---|
| | Bail → | | |
| | Judge → | | |
| | Arrestee served by → | | |
| | Inmate signature → | | |

HC 6400 (01/19)

**EXHIBIT A**

000003

Rule 4.03 Application

**Statement of
Probable Cause to Detain**

Hennepin County
Adult Detention Center
**INTAKE - BOOKING**

### ARRESTEE INFORMATION

| Last Name | First Name | Middle Name | D.O.B. |
|---|---|---|---|
| sung | carolyn | kyong | |

| Arrest Date | Arrest Time | Offense | Statute |
|---|---|---|---|
| 04/13/2021 | 23:00 | RIOT | 609.71 |
| 04/13/2021 | 23:00 | RIOT | 609.71 |

Agency **MSP**

CCN **21503295**

### STATEMENT OF PROBABLE CAUSE TO DETAIN

Pedestrian identified via MN DL as carolyn sung DOB ▮▮▮▮. sung defied several dispersal orders (four) in the City of Brooklyn Center and was part of an antagonistic crowd outside the Brooklyn Center Police Dept. sung was actively defiant, refused to leave the area, participated in vandalizing and rioting activity and ultimately had to be restrained by several officers.

The complainant upon oath, swears that the above facts are true and correct to the best of his/her knowledge and belief and constitute probable cause to believe the above-named arrestee committed the offense(s) described.

Complainant's signature

**ANDREW DERUNGS**      P.O.S.T. license number **15593**      Expires on: **06/30/2023**

Subscribed and sworn before me this _____ day of _____, 20___

Notary's signature

**Wade Erickson**      P.O.S.T. license number **13136**      Expires on: **06/30/2022**

Prior application [ ] Yes [ ] No
Being duly authorized to prosecute, approves this application.

Signature of Reviewing Prosecutor

[ ] Effort to reach prosecutor unsuccessful

HC 6295

Arrestee: sung, carolyn kyong      Arrest Date: 04/13/2021 23:00

**EXHIBIT A**