| | |
|---|---|
| State of Minnesota<br>County of Hennepin | District Court<br>4th Judicial District |
| | Prosecutor File No. CCS0005121<br>Court File No. 27-CR-21-7559 |

**State of Minnesota,**

           Plaintiff,

  vs.

**SAMIRA OMAR HASSAN**    **DOB: 09/24/2000**

1315 Westminister St
St. Paul, MN 55130

           Defendant.

**COMPLAINT**

Summons

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

**COUNT I**

**Charge: Presence at Unlawful Assembly**
Minnesota Statute: 609.715
Maximum Sentence: 90 days or $1,000 fine, or both. (Misdemeanor)
Offense Level: Misdemeanor

Offense Date (on or about): 04/14/2021

Control #(ICR#): 21503340

Charge Description: On or about April 14, 2021, in the County of Hennepin, State of Minnesota, Samira Omar Hassan without lawful purpose was present at the place of an unlawful assembly and refused to leave when so directed by a law enforcement officer.

**STATEMENT OF PROBABLE CAUSE**

Your Complainant is employed by the Minnesota State Patrol. In that capacity, Complainant has reviewed the official reports and has learned substantially the following.

On April 14, 2021 at approximately 8:45 p.m., the State Patrol Mobile Response Team, DNR, Hennepin County Sheriff's Office, West Metro Field Force, Anoka County Sheriff's Office, National Guard, and other area law enforcement agencies responded to assist officers at the Brooklyn Center Police Department in Brooklyn Center, Hennepin County, Minnesota. At that time there were approximately 700 people demonstrating in front of the police department as a barrier was being constructed. The Hennepin County Sheriff's Office reported the crowd was climbing and attempting to tear down a security fence, throwing bottles, fruit, and rocks at law enforcement and the National Guard. The demonstrators had plywood shields, gas masks, and umbrellas.

The Hennepin County Sheriff's Office declared the demonstration an unlawful assembly due to the escalating disorderly and violent conduct of the crowd and issued multiple dispersal orders, ordering all citizens to leave and disperse the area. The demonstrators refused to disperse. Approximately 400 law enforcement officers and 360 National Guard members proceeded north on Humboldt Avenue from Freeway Boulevard.

The crowd began throwing eggs, water bottles, rocks, glass, soup cans, and other debris at law enforcement officers and National Guard members. One officer was struck and injured by items listed above.

In addition, Brooklyn Center Mayor Mike Elliott, utilizing his emergency powers, imposed a city-wide curfew that went into effect from 10:00 p.m. on 4/14/2021 until 6:00 a.m. on 4/15/2021.

At approximately 10:00 p.m., Trooper Bowe was in the area of Humboldt Avenue N and 67th Avenue when he observed and made contact with an individual who failed to leave the area after the assembly was declared unlawful and multiple disperse orders were announced. The individual was identified as Samira Omar Hassan, DOB 9/24/2000, the defendant herein. The defendant was detained for violation of the city-wide curfew, and for being present at and refusing to depart the unlawful assembly.



## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| **Complainant** | Rachel Jurek<br>Sergeant<br>2005 N Lilac Drive<br>Golden Valley, MN 55422<br>Badge: 592 | Electronically Signed:<br>04/15/2021 03:46 PM<br>Hennepin County, Minnesota |

Being authorized to prosecute the offenses charged, I approve this complaint.

| **Prosecuting Attorney** | David K Ross<br>City Attorney<br>6300 Shingle Creek Parkway<br>Suite 305<br>Brooklyn Center, MN 55430<br>(763) 561-2800 | Electronically Signed:<br>04/15/2021 03:29 PM |



3
EXHIBIT B

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

### [X] SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

### [ ] WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

[ ] *Execute in MN Only*    [ ] *Execute Nationwide*    [ ] *Execute in Border States*

### [ ] ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail:  $
Conditions of Release:  NBR

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: April 15, 2021.

**Judicial Officer**        Luis Bartolomei              Electronically Signed: 04/15/2021 04:11 PM
                            District Court Judge

Sworn testimony has been given before the Judicial Officer by the following witnesses:

---

COUNTY OF HENNEPIN
STATE OF MINNESOTA

**State of Minnesota**

Plaintiff

vs.

**Samira Omar Hassan**

Defendant

*LAW ENFORCEMENT OFFICER RETURN OF SERVICE*
*I hereby Certify and Return that I have served a copy of this Summons upon the Defendant herein named.*

Signature of Authorized Service Agent:

**4**
EXHIBIT B

**DEFENDANT FACT SHEET**

| | |
|---|---|
| **Name:** | Samira Omar Hassan |
| **DOB:** | 09/24/2000 |
| **Address:** | 1315 Westminister St<br>St. Paul, MN 55130 |
| **Alias Names/DOB:** | |
| **SID:** | |
| **Height:** | |
| **Weight:** | 0lbs. |
| **Eye Color:** | |
| **Hair Color:** | |
| **Gender:** | |
| **Race:** | |
| **Fingerprints Required per Statute:** | No |
| **Fingerprint match to Criminal History Record:** | No |
| **Driver's License #:** | |
| **Alcohol Concentration:** | |

**STATUTE AND OFFENSE GRID**

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 4/14/2021 | 609.715<br>Presence at Unlawful Assembly | Misdemeanor | | | MNMHP0400 | 21503340 |

