## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Zoe Kaplan, Jack Flom, Samira Hassan, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | Case Number: 22-cv-640 JRT/JFD |
| John Harrington, Sarah Strommen, Matthew Langer, David Hutchinson, John Does 1-10, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motions to Dismiss [Docket Nos. 13, 19, and 25] are **GRANTED.**

2. Plaintiffs' action is **DISMISSED with prejudice** with respect to Defendants Strommen, Harrington, and Langer.

3. Plaintiffs' action against Hutchinson in his official capacity is **DISMISSED with prejudice**.

4. Plaintiffs' action against Hutchinson in his individual capacity is **DISMISSED without prejudice**.

5. Plaintiffs' action against John Does #1–10 is **DISMISSED without prejudice.**

Date: 2/7/2023                                                                 KATE M. FOGARTY, CLERK